IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE, *Plaintiff*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *Defendant*. | Civil Action No. 1:19-cv-74-TJK |

**JOINT STATUS REPORT**

Defendant the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and Plaintiff Len Savage jointly submit this Joint Status Report in response to the Court's Order of August 29, 2019.

1. Plaintiff initiated this Freedom of Information Act (FOIA) lawsuit against Defendant on January 14, 2019. Compl., ECF No. 1. The complaint relates to Plaintiff's request that Defendant produce "[a]ny and all records documenting the use of a bump-fire type stock being used by anyone on or about Oct 1, 2017 at the Mandalay Bay shooting incident in Las Vegas, Nevada" and "[a]ny and all records documenting the use of a bump-fire type stock used during the commission of any crime to date." ECF No. 1-1. Defendant answered the Complaint on February 21, 2019. Answer, ECF No. 6.

2. The parties previously reported that Defendant believed it had completed a reasonable search and had produced all nonexempt responsive records. *See* ECF No. 8 at 1.

3. The parties subsequently reported that ATF located additional records in relation to a separate FOIA request that are potentially responsive to Plaintiff's FOIA request, see ECF No.

9 at 1, but that ATF experienced technical issues with the Adobe Acrobat software it uses to process documents, including problems when making and saving redactions, which had temporarily prevented it from producing additional documents.  *See* ECF No. 10 at 2.

4.   ATF has now resolved the technical issues with the Adobe Acrobat software and has produced the additional records to Plaintiff.

5.   The parties believe that affording additional time for the parties to continue the meet-and-confer process has the potential to result in an agreement on whether a briefing schedule is warranted or whether they can resolve the issues remaining in the litigation (if any) without involving the Court.

6.   Therefore, the parties respectfully propose that they continue to meet and confer and submit a further Joint Status Report not later than November 25, 2019.

Dated: October 21, 2019

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
D.C. District Court Bar # MS0009

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
 United States Department of Justice
 Civil Division, Federal Programs Branch
 1100 L Street NW
 Washington, DC 20005
 Phone: (202) 353-4537
 Fax: (202) 616-8470
 Email: christopher.m.lynch@usdoj.gov

*Counsel for Defendant*