IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEN SAVAGE, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:19-cv-74-TJK |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have reached a settlement in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, submit this Stipulation of Dismissal of this action, and request this case be dismissed with prejudice.

Dated: December 18, 2019                Respectfully submitted,

/s/ *Stephen D. Stambouleih*            JOSEPH H. HUNT
Stephen D. Stambouleih                  Assistant Attorney General
Stambouleih Law, PLLC
P.O. Box 4008                           ELIZABETH J. SHAPIRO
Madison, MS 39130                       Deputy Director, Federal Programs Branch
(601) 852-3440
stephen@sdslaw.us                       /s/ *Christopher M. Lynch*
D.C. District Court Bar # MS0009        CHRISTOPHER M. LYNCH
                                        (D.C. Bar No. 1049152)
*Counsel for Plaintiff*                 Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005
                                        Phone: (202) 353-4537
                                        Fax: (202) 616-8470
                                        Email: christopher.m.lynch@usdoj.gov

                                        *Counsel for Defendant*